IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| I.A.R.C. INC. D/B/A INTO ACTION RECOVERY CENTERS INC. § § § § | |
| Plaintiff, § | CIVIL ACTION |
| § | |
| v. § | CASE NO. 4:25-cv-04638 |
| § | |
| MEDUSIND INC., AVA BILLING AND CONSULTING, LLC, and ASHTON ABERNATHY § § § § § | |
| Defendant. § | |

## MEDUSIND INC.'S CORPORATE DISCLOSURE

Defendant Medusind Inc. makes the following corporate disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

**Medusind, Inc.**, is wholly owned by Medusind Solutions, Inc. No publicly held corporations hold 10% or more of its stock.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

s/ Andrew S. Holland
By: ANDREW S. HOLLAND
909 Fannin Street, Suite 3300
Houston, Texas 77010
Tel.   (713) 353-2000
Fax   (713) 785-7780

**ATTORNEYS FOR DEFENDANTS**

1