IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| I.A.R.C. INC. D/B/A INTO ACTION RECOVERY CENTERS INC. § § § § | |
| Plaintiff, § | CIVIL ACTION |
| § | |
| v. § | CASE NO. 4:25-cv-04638 |
| § | |
| MEDUSIND INC., AVA BILLING AND CONSULTING, LLC, and ASHTON ABERNATHY § § § § § | |
| Defendant. § | |

### AVA BILLING AND CONSULTING, LLC'S CORPORATE DISCLOSURE

Defendant AVA Billing and Consulting, LLC, makes the following corporate disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

**AVA Billing and Consulting, LLC** has a single member, which is Medusind, Inc. No publicly held corporations hold 10% or more of its stock (or own a 10% or greater membership interest).

    Respectfully submitted,

    WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER, LLP

    s/ Andrew S. Holland
    By: ANDREW S. HOLLAND
    909 Fannin Street, Suite 3300
    Houston, Texas 77010
    Tel.   (713) 353-2000
    Fax   (713) 785-7780

    **ATTORNEYS FOR DEFENDANTS**