## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **I.A.R.C. INC. D/B/A INTO ACTION RECOVERY CENTERS INC.**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**MEDUSIND INC., AVA BILLING AND CONSULTING, LLC, AND ASHTON ABERNETHY**<br><br>    **Defendants.** | **CIVIL ACTION**<br><br>**CASE NO. 4:25-cv-04638**<br>**JURY** |

## PLAINTIFF I.A.R.C. INC.'S JURY DEMAND

Plaintiff I.A.R.C. Inc. d/b/a Into Action Recovery Centers, Inc. hereby demands a trial by jury.

Dated: October 14, 2025.

Respectfully submitted,

**SPENCER FANE LLP**

By:    **_/s/ Brian W. Zimmerman_**
Brian W. Zimmerman
bzimmerman@spencerfane.com
SBOT No. 00788746/FBN: 18979
Matt R. Raley
mraley@spencerfane.com
SBOT No. 240512224/FBN 616398
3040 Post Oak Blvd., Suite 1400
Houston, TX 77056
Telephone: 713-552-1234
Facsimile: 713-963-0859
**ATTORNEYS FOR PLAINTIFF I.A.R.C. INC. D/B/A INTO ACTION RECOVERY CENTERS, INC.**

## CERTIFICATE OF SERVICE

I certify that on October 14, 2025, a true and correct copy of this document was served in accordance with Rule 5 of the Federal Rules of Civil Procedure on the following parties:

Andrew S. Holland
andrew.holland@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
909 Fannin Street, Suite 3300
Houston, Texas 77010
*Attorney for Defendants*

*/s/ Brian W. Zimmerman*
Brian W. Zimmerman
