IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| I.A.R.C. INC. D/B/A INTO ACTION RECOVERY CENTERS INC.<br><br>    Plaintiff,<br><br>v.<br><br>MEDUSIND INC., AVA BILLING AND CONSULTING, LLC, AND ASHTON ABERNETHY<br><br>    Defendants. | CIVIL ACTION<br><br>CASE NO. 4:25-cv-04638<br>JURY |

**PLAINTIFF I.A.R.C. INC.'S CERTIFICATE OF INTERESTED PARTIES AND DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and the Court's Order for Conference and Disclosure of Interested Parties, Plaintiff I.A.R.C. Inc. d/b/a Into Action Recovery Centers Inc. ("**IARC**" or "**Plaintiff**") files its Certificate of Interested Parties and Disclosure Statement.

The following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities are financially interested in the outcome of this litigation:

1. I.A.R.C. Inc. d/b/a Into Action Recovery Centers Inc. – Plaintiff;

2. Medusind, Inc. – Defendant;

3. AVA Billing and Consulting, LLC – Defendant; and

4. Ashton Abernethy – Defendant.

Furthermore, IARC is not a publicly traded company, does not have a parent

corporation, and there is no publicly held corporation owning 10% or more of IARC's stock.

Further, IARC is a Texas corporation with its principal place of business in Houston, Texas. IARC is a citizen of Texas.

Dated: October 14, 2025.                    Respectfully submitted,

                                            **SPENCER FANE LLP**

By:        */s/ Brian W. Zimmerman*
           Brian W. Zimmerman
           bzimmerman@spencerfane.com
           SBOT No. 00788746/FBN: 18979
           Matt R. Raley
           mraley@spencerfane.com
           SBOT No. 240512224/FBN 616398
           3040 Post Oak Blvd., Suite 1400
           Houston, TX 77056
           Telephone: 713-552-1234
           Facsimile: 713-963-0859

**ATTORNEYS FOR PLAINTIFF I.A.R.C. INC. D/B/A INTO ACTION RECOVERY CENTERS, INC.**

## CERTIFICATE OF SERVICE

I certify that on October 14, 2025, a true and correct copy of this document was served in accordance with Rule 5 of the Federal Rules of Civil Procedure on the following parties:

Andrew S. Holland
andrew.holland@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
909 Fannin Street, Suite 3300
Houston, Texas 77010
*Attorney for Defendants*

                                            */s/ Brian W. Zimmerman*
                                            Brian W. Zimmerman